**No. 10-10823. Wellela Hirpassa, Individually and as Personal Representative of the Estate of Brook T. Genet and for the Use of R. B., a Minor, and B. B., a Minor, Petitioner v. Prince George's County, Maryland, et al.**

565 U.S. 851, 132 S. Ct. 177, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6421.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 739.

**No. 10-10826. Ubaldo M. Gutierrez, Petitioner v. California.**

565 U.S. 851, 132 S. Ct. 177, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6417.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 411 Fed. Appx. 952.

**No. 10-10827. Rumaldo Garza, Petitioner v. United States.**

565 U.S. 851, 132 S. Ct. 177, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6575.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 412 Fed. Appx. 26.

**No. 10-10828. Julius Xavier Hexon, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 177, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6285.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10829. Ce'Darrius Frost, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 177, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6461.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10830. Marlon Rafael Pino Gonzalez, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 178, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6095.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 636 F.3d 157.

**No. 10-10831. Dallas C. Herman, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 178, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6096.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 822.

**No. 10-10832. Waddell G. Gibbs, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 178, 181 L. Ed. 2d 88, 2011 U.S. LEXIS 6025.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.